IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HARRELL,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden,<br><br>    Respondent. | No. C 15-4850 JSW (PR)<br><br>**ORDER TO PAY FILING FEE; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 4) |

Petitioner, a prisoner of the State of California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state conviction. He has applied for leave to proceed in forma pauperis. The prison trust account documents (dkt. # 6) show that he had more than ample funds to pay the $5.00 filing fee when he filed his petition, to wit: an average monthly balance of $255 and average monthly deposits of $53. Within **28 days** of the date this order is filed, Petitioner shall pay the $5.00 filing fee. His failure to do so will result in the dismissal of this case without prejudice.

IT IS SO ORDERED.

DATED: December 29, 2015

JEFFREY S. WHITE
United States District Judge